Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13−32866−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francisco C Sousa                              Sonia Pegas
   145 Port Avenue                                145 Port Avenue
   Elizabethport, NJ 07206                        Elizabethport, NJ 07206

Social Security No.:
   xxx−xx−2939                                    xxx−xx−5181

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/7/17 at 11:00 AM

to consider and act upon the following:

*89* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/13/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*91* − Certification in Opposition to (related document:89 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/13/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Nicholas Fitzgerald on behalf of Sonia Pegas, Francisco C Sousa. (Fitzgerald, Nicholas)

Dated: 11/13/17

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court