Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13−32866−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Francisco C Sousa                             Sonia Pegas
   145 Port Avenue                               145 Port Avenue
   Elizabethport, NJ 07206                 Elizabethport, NJ 07206

Social Security No.:
   xxx−xx−2939                                   xxx−xx−5181

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/7/17 at 11:00 AM

to consider and act upon the following:

**89** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/13/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

**91** − Certification in Opposition to (related document:89 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/13/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Nicholas Fitzgerald on behalf of Sonia Pegas, Francisco C Sousa. (Fitzgerald, Nicholas)

Dated: 11/13/17

                                                              Jeanne Naughton
                                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 13-32866-VFP
Francisco C Sousa                                           Chapter 13
Sonia Pegas
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin         Page 1 of 1          Date Rcvd: Nov 13, 2017
                          Form ID: ntchrgbk   Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
db/jdb       +Francisco C Sousa,   Sonia Pegas,   145 Port Avenue,   Elizabethport, NJ 07206-2079
cr           +New Jersey Housing And Mortgage Finance Agency,   c/o VNB Mortgage Services,   1445 Valley Road,
               Wayne, NJ 07470-8438
cr           +The Swiss Colony c/o Creditors Bankruptcy Service,   PO BOX 740933,   Dallas, TX 75374-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Wells Fargo Bank, National Association, successor
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2017 at the address(es) listed below:
              Brian C. Nicholas   on behalf of Creditor   Wells Fargo Bank, National Association, successor by
               merger to Wells Fargo Bank Minnesota, National Association, as Indenture Trustee for GMACM HOME
               EQUITY LOAN TRUST 2003-HE2 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Lauren   Yassine    on behalf of Debtor Francisco C Sousa laurenyassine.esq@gmail.com,
               nickfitz.law@gmail.com
              Lauren   Yassine    on behalf of Joint Debtor Sonia  Pegas laurenyassine.esq@gmail.com,
               nickfitz.law@gmail.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Nicholas   Fitzgerald    on behalf of Joint Debtor Sonia  Pegas nickfitz.law@gmail.com
              Nicholas   Fitzgerald    on behalf of Debtor Francisco C Sousa nickfitz.law@gmail.com
              Robert P. Saltzman    on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency
               dnj@pbslaw.org
              Scott D. Sherman    on behalf of Creditor   First American Funding, LLC ssherman@minionsherman.com
                                                                                             TOTAL: 8