**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   FRANCISCO C SOUSA
   SONIA PEGAS

Order Filed on December 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  13-32866 VFP

Hearing Date:  12/7/2017

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: December 14, 2017

_____
 **Honorable Vincent F. Papalia**
 **United States Bankruptcy Judge**

Debtor(s):  FRANCISCO C SOUSA
            SONIA PEGAS

Case No.:  13-32866

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

_____

   THIS MATTER having come before the Court on 12/07/2017 on notice to FITZGERALD &

ASSOCIATES, PC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,147.00

   starting on 12/1/2017 for the remaining 11 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

   then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 13-32866-VFP
Francisco C Sousa                                                Chapter 13
Sonia Pegas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Dec 14, 2017
                              Form ID: pdf903      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2017.
db/jdb         +Francisco C Sousa,   Sonia Pegas,   145 Port Avenue,   Elizabethport, NJ 07206-2079

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    Wells Fargo Bank, National Association, successor by
           merger to Wells Fargo Bank Minnesota, National Association, as Indenture Trustee for GMACM HOME
           EQUITY LOAN TRUST 2003-HE2 bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Lauren  Yassine    on behalf of Joint Debtor Sonia  Pegas laurenyassine.esq@gmail.com,
           nickfitz.law@gmail.com
          Lauren  Yassine    on behalf of Debtor Francisco C Sousa laurenyassine.esq@gmail.com,
           nickfitz.law@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas  Fitzgerald    on behalf of Joint Debtor Sonia  Pegas nickfitz.law@gmail.com
          Nicholas  Fitzgerald    on behalf of Debtor Francisco C Sousa nickfitz.law@gmail.com
          Robert P. Saltzman    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           dnj@pbslaw.org
          Scott D. Sherman    on behalf of Creditor    First American Funding, LLC ssherman@minionsherman.com
                                                                          TOTAL: 8