UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
FITZGERALD & CROUCH, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Fax: 201-533-1111
Attorney for the Debtors

Order Filed on January 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
FRANCISCO SOUSA
SONIA PEGAS

Case No.: 13-32866
Chapter: 13
Judge: Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: January 19, 2018

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Fitzgerald & Crouch, P.C. _____, the applicant, is allowed a fee of $ \_\_\_\_ 400.00 \_\_\_\_ for services rendered and expenses in the amount of $ \_\_\_\_ 0.00 \_\_\_\_ for a total of $ \_\_\_\_ 400.00 \_\_\_\_. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ \_\_\_\_ 1192.00 \_\_\_\_ per month for \_\_\_\_ 9 \_\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Francisco C Sousa  
Sonia Pegas  
      Debtors

Case No. 13-32866-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 19, 2018  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2018.  
db/jdb      +Francisco C Sousa,    Sonia Pegas,    145 Port Avenue,    Elizabethport, NJ 07206-2079

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2018 at the address(es) listed below:  
        Brian C. Nicholas    on behalf of Creditor    Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Indenture Trustee for GMACM HOME EQUITY LOAN TRUST 2003-HE2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Lauren   Yassine    on behalf of Joint Debtor Sonia  Pegas laurenyassine.esq@gmail.com, nickfitz.law@gmail.com  
        Lauren   Yassine    on behalf of Debtor Francisco C Sousa laurenyassine.esq@gmail.com, nickfitz.law@gmail.com  
        Marie-Ann   Greenberg     magecf@magtrustee.com  
        Nicholas   Fitzgerald    on behalf of Joint Debtor Sonia  Pegas nickfitz.law@gmail.com  
        Nicholas   Fitzgerald    on behalf of Debtor Francisco C Sousa nickfitz.law@gmail.com  
        Robert P. Saltzman    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency dnj@pbslaw.org  
        Sarah J. Crouch    on behalf of Debtor Francisco C Sousa nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com  
        Sarah J. Crouch    on behalf of Joint Debtor Sonia  Pegas nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com  
        Scott D. Sherman    on behalf of Creditor    First American Funding, LLC ssherman@minionsherman.com  
                                                                                                           TOTAL: 10