Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 13−32866−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francisco C Sousa                             Sonia Pegas
   145 Port Avenue                               145 Port Avenue
   Elizabethport, NJ 07206                 Elizabethport, NJ 07206

Social Security No.:
   xxx−xx−2939                                   xxx−xx−5181

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on March 12, 2018.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 12, 2018
JAN: mcp

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-32866-VFP
Francisco C Sousa                                                         Chapter 13
Sonia Pegas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Mar 12, 2018
                              Form ID: 148             Total Noticed: 86

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2018.
```
db/jdb         +Francisco C Sousa,    Sonia Pegas,    145 Port Avenue,    Elizabethport, NJ 07206-2079
cr             +The Swiss Colony c/o Creditors Bankruptcy Service,    PO BOX 740933,    Dallas, TX 75374-0933
514291977       Akron Billing Center,    3585 Rodge Park Drive,    Akron, OH 44333-8203
514291982      +Arrow Financial Services,    5996 W Touhy Avenue,    Niles, IL 60714-4610
514291984      +Chase,   PO Box 35480,    Newark, NJ 07193-5480
514291985      +Chase Bank USA NA,    C/O Creditors Bankruptcy Services,    PO Box 740933,
                 Dallas, TX 75374-0933
514291987      +Chase Manhattan Bank,    Po Box 35480,    Newark, NJ 07193-5480
514394605       ELIZABETH EMERGENCY PHYSICIANS,    Revenue Recovery Corporation,    PO Box 50250,
                 Knoxville Tn, 37950-0250
514292000      +Elizabethtown Gas,    12 West Jersey Street,    Elizabeth, NJ 07201-2314
514292001       Emer Phy Assoc North Jersey PC,    3585 Ridge Park Drive,    Akron, OH 44333-8203
514292002       Figi's Inc,    3200 S Maple Avenue,    Marshfield, WI 54449
514847511      +First American Funding, LLC,    1055 Parsippany Blvd Suite 200,    Parsippany, NJ 07054-1272
514847512      +First American Funding, LLC,    1055 Parsippany Blvd Suite 200,    Parsippany, NJ  07054,
                 First American Funding, LLC,    1055 Parsippany Blvd Suite 200,    Parsippany, NJ 07054-1272
514292005      +GE Casual Corner,    PO Box 35480,    Newark, NJ 07193-5480
514292004      +Garden State Dental,    Jefferson Associates,    3 Coral Street,    Edison, NJ 08837-3242
514292009       HSBC Bank Nevada,    Po Box 35480,    Newark, NJ 07193-5480
514292018     ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
               (address filed with court: NCO-Medclr,     PO Box 8547,    Philadelphia, PA 19101)
514292019      +New Jersey Housing and Mortgage,    Finance Agency,    637 South Clinton Avenue,
                 Trenton, NJ 08611-1811
514421980      +New Jersey Housing and Mortgage Finance Agency,    c/o VNB Mortgage Services, Inc.,
                 1445 Valley Road,    Wayne, NJ 07470-8438
514292023      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
514292025       Quest Diagnostics,    Po Box 740985,    Cincinnati, OH 45274-0985
514292024       Quest Diagnostics,    PO Box 7308,    Hollister, MO 65673-7308
514292028      +Rev Rec Corp,    612 Gay St,    Knoxville, TN 37902-1603
514292029      +Rickart Coll Systems,    575 Milltown Rd,    PO Box 7242,    North Brunswick, NJ 08902-7242
514292038      +VNB Mortgage Services Inc,    1445 Valley Road,    Wayne, NJ 07470-8438
514292036      +Valley National Bank,    1720 Route 23 North,    Wayne, NJ 07470-7524
514432275      +Wells Fargo Bank, National Association, successor,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2018 23:59:44     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2018 23:59:41     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514291976      +EDI: AFNIRECOVERY.COM Mar 13 2018 03:23:00      Afni,    Po Box 3097,
                 Bloomington, IL 61702-3097
514291978       EDI: ALLIANCEONE Mar 13 2018 03:23:00      Allianceone Receivables Management Inc,
                 PO Box 3111,    Southeastern, PA 19398-3111
514291979       EDI: BECKLEE.COM Mar 13 2018 03:23:00      American Express Centurion Bank,    Becket and Lee LLP,
                 PO Box 3001,    Malvern, PA 19355-0701
514485931       EDI: BECKLEE.COM Mar 13 2018 03:23:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514406397       EDI: AIS.COM Mar 13 2018 03:23:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
514291980      +EDI: AMEREXPR.COM Mar 13 2018 03:23:00      Amex,    Po Box 981537,    El Paso, TX 79998-1537
514291981       EDI: APPLIEDBANK.COM Mar 13 2018 03:23:00      Applied Bank,    PO Box 17125,
                 Wilmington, DE 19850-7125
514291991       EDI: CITICORP.COM Mar 13 2018 03:23:00      Citibank,    PO Box 183051,    Columbus, OH 43218-3051
514412457       EDI: CAPITALONE.COM Mar 13 2018 03:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
514291983       EDI: CAPITALONE.COM Mar 13 2018 03:23:00      Capital One Bank USA,    American Infosource LP,
                 PO Box 71083,    Charlotte, NC 28272-1083
514291986       EDI: CHASE.COM Mar 13 2018 03:23:00      Chase Bank USA NA,    PO Box 15145,
                 Wilmington, DE 19850-5145
514291988      +E-mail/Text: compliance@chaserec.com Mar 13 2018 00:00:26      Chase Receivables,
                 1247 Broadway,    Sonoma, CA 95476-7503
514291989      +EDI: CHASE.COM Mar 13 2018 03:23:00      Circuit City Private Label,    Chase Bank USA,
                 PO Box 100018,    Kennesaw, GA 30156-9204
514291990      +EDI: CITICORP.COM Mar 13 2018 03:23:00      Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
514291992      +EDI: RCSFNBMARIN.COM Mar 13 2018 03:23:00      Credit One Bank,    Po Box 98873,
                 Las Vegas, NV 89193-8873
514291993       EDI: ESSL.COM Mar 13 2018 03:23:00      Dish Network,    Dept 0063,    Palatine, IL 60055-0063
514291994      +EDI: RESURGENT.COM Mar 13 2018 03:23:00      East Bay Funding LLC,    Po Box 288,
                 Greenville, SC 29602-0288
514291995       EDI: ECAST.COM Mar 13 2018 03:23:00      Ecast Settlement Corp,    GE Money Bank/Old Navy,
                 PO Box 35480,    Newark, NJ 07193-5480
```

```
District/off: 0312-2          User: admin               Page 2 of 3              Date Rcvd: Mar 12, 2018
                              Form ID: 148              Total Noticed: 86


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514292003      +EDI: AMINFOFP.COM Mar 13 2018 03:23:00      First Premier Bank,    3820 N Louise Ave,
                Sioux Falls, SD 57107-0145
514292006      +EDI: RMSC.COM Mar 13 2018 03:23:00      GECRB/ Old Navy,    Attention: GEMB,    Po Box 103104,
                Roswell, GA 30076-9104
514292007      +EDI: RMSC.COM Mar 13 2018 03:23:00      Gecrb/best Buy,    Po Box 981439,
                El Paso, TX 79998-1439
514292008      +EDI: HFC.COM Mar 13 2018 03:23:00      Hsbc Bank,    Po Box 30253,
                Salt Lake City, UT 84130-0253
514292010       E-mail/Text: collections@jeffersonassociates.com Mar 12 2018 23:59:48      Jefferson Associates,
                Div Of Palmar, Inc,    PO Box 416,    Fords, NJ 08863-0416
514292011       EDI: CBSKOHLS.COM Mar 13 2018 03:23:00      Kohls,    56 W 17000 Ridgewood Drive,
                Menomonee Falls, WI 53051
514292013      +EDI: RESURGENT.COM Mar 13 2018 03:23:00      LVNV Funding LLC,    PO Box 740281,
                Houston, TX 77274-0281
514292012       EDI: RESURGENT.COM Mar 13 2018 03:23:00      LVNV Funding LLC,    Resugent Capital Services,
                Po Box 10587,    Greenville, SC 29603-0587
514292014      +EDI: RESURGENT.COM Mar 13 2018 03:23:00      LVNV Funding LLC,    15 S Main Street, Ste 600,
                Greenville, SC 29601-2768
514530715       EDI: RESURGENT.COM Mar 13 2018 03:23:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Citibank (South Dakota),,    N.A.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
514526376       EDI: RESURGENT.COM Mar 13 2018 03:23:00      LVNV Funding, LLC its successors and assigns as,
                assignee of MHC Receivables, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
514530713       EDI: RESURGENT.COM Mar 13 2018 03:23:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Providian National Bank,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
514530714       EDI: RESURGENT.COM Mar 13 2018 03:23:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Citibank USA, N. A.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
514292016       EDI: AIS.COM Mar 13 2018 03:23:00      Midland Funding LLC,    American InfoSource LP,
                Attn: Department 1,    PO Box 4457,    Houston, TX 77210-4457
514292017      +E-mail/Text: Bankruptcies@nragroup.com Mar 13 2018 00:00:32      National Recovery Agen,
                2491 Paxton St,    Harrisburg, PA 17111-1036
514292021      +EDI: PRA.COM Mar 13 2018 03:23:00      PRA Receivables Management LLC,    Citifinancial Inc,
                PO Box 41067,    Norfolk, VA 23541-1067
514528462      +EDI: RESURGENT.COM Mar 13 2018 03:23:00      PYOD, LLC its successors and assigns as assignee,
                of B-Line, LLC,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
514292022      +E-mail/Text: csidl@sbcglobal.net Mar 13 2018 00:00:05      Premier Bank Card,    PO Box 2208,
                Vacaville, CA 95696-8208
514401285       EDI: Q3G.COM Mar 13 2018 03:23:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                PO Box 788,    Kirkland, WA 98083-0788
514292027       EDI: RESURGENT.COM Mar 13 2018 03:23:00      Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
514292026      +EDI: RESURGENT.COM Mar 13 2018 03:23:00      Resurgent Capital Services,    PO Box 19008,
                Greenville, SC 29602-9008
514292030      +EDI: SEARS.COM Mar 13 2018 03:23:00      Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
514292031      +EDI: CBS7AVE Mar 13 2018 03:23:00      Seventh Ave,    1112 7th Ave,    Monroe, WI 53566-1364
514292032      +EDI: CBS7AVE Mar 13 2018 03:23:00      Swiss Colony Inc,    1112 7th Avenue,
                Monroe, WI 53566-1364
514292033      +E-mail/Text: bncmail@w-legal.com Mar 12 2018 23:59:50      Target National Bank,
                C/O Weinstein & Riley PS,    2101 4th Avenue, Ste 900,    Seattle, WA 98121-2339
514292034      +EDI: CITICORP.COM Mar 13 2018 03:23:00      The Home Depot,    Po Box 6497,
                Sioux Falls, SD 57117-6497
514400437      +EDI: CBS7AVE Mar 13 2018 03:23:00      The Swiss Colony,    Creditors Bankruptcy Svc,
                P.O. Box 740933,    Dallas, TX 75374-0933
514292035      +E-mail/Text: bankruptcydepartment@tsico.com Mar 13 2018 00:00:18      Transworld Systems Inc,
                Collection Agency,    507 Prudential Road,    Horsham, PA 19044-2308
514292037      +EDI: VERIZONEAST.COM Mar 13 2018 03:23:00      Verizon,    500 Technology Dr Ste 30,
                Weldon Spring, MO 63304-2225
514318531       EDI: ECAST.COM Mar 13 2018 03:23:00      eCAST Settlement Corporation, assignee,
                of GE Money Bank JCP CONSUMER,    POB 35480,    Newark, NJ 07193-5480
514318533       EDI: ECAST.COM Mar 13 2018 03:23:00      eCAST Settlement Corporation, assignee,
                of HSBC Bank Nevada and its Assigns,    POB 35480,    Newark, NJ 07193-5480
514318530       EDI: ECAST.COM Mar 13 2018 03:23:00      eCAST Settlement Corporation, assignee,
                of GE Money Bank CCGI (CASUAL CORNER),    POB 35480,    Newark, NJ 07193-5480
514318532       EDI: ECAST.COM Mar 13 2018 03:23:00      eCAST Settlement Corporation, assignee,
                of Chase Bank USA, N.A.,    POB 35480,    Newark, NJ 07193-5480
514318534       EDI: ECAST.COM Mar 13 2018 03:23:00      eCAST Settlement Corporation, assignee,
                of Citibank USA, N.A.,    POB 35480,    Newark, NJ 07193-5480
514318536       EDI: ECAST.COM Mar 13 2018 03:23:00      eCAST Settlement Corporation, assignee,
                of GE Money Bank OLD NAVY,    POB 35480,    Newark, NJ 07193-5480
514291996       EDI: ECAST.COM Mar 13 2018 03:23:00      eCast Settlement Corp,    Chase Bank USA NA,
                PO Box 35480,    Newark, NJ 07193-5480
514291998       EDI: ECAST.COM Mar 13 2018 03:23:00      eCast Settlement Corp,    GE Money Bank Casual Corner,
                PO Box 35480,    Newark, NJ 07193-5480
514291997       EDI: ECAST.COM Mar 13 2018 03:23:00      eCast Settlement Corp,    GE Money Bank JCP Consumer,
                PO Box 35480,    Newark, NJ 07193-5480
```

```
District/off: 0312-2           User: admin              Page 3 of 3              Date Rcvd: Mar 12, 2018
                               Form ID: 148             Total Noticed: 86

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514291999         EDI: ECAST.COM Mar 13 2018 03:23:00      eCast Settlement Corporation,   Citibank USA NA,
                  PO Box 35480,   Newark, NJ 07193-5480
                                                                                                TOTAL: 59

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Wells Fargo Bank, National Association, successor
cr*              +New Jersey Housing And Mortgage Finance Agency,    c/o VNB Mortgage Services,   1445 Valley Road,
                  Wayne, NJ 07470-8438
514292015        ##+M L Zager PC,   543 Broadway,   Monticello, NY 12701-1127
514292020        ##Ocwen Loan Servicing LLC,   PO Box 9001719,   Louisville, KY 40290-1719
                                                                                       TOTALS: 1, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Wells Fargo Bank, National Association, successor by
               merger to Wells Fargo Bank Minnesota, National Association, as Indenture Trustee for GMACM HOME
               EQUITY LOAN TRUST 2003-HE2 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Lauren  Yassine    on behalf of Joint Debtor Sonia  Pegas laurenyassine.esq@gmail.com,
               nickfitz.law@gmail.com
              Lauren  Yassine    on behalf of Debtor Francisco C Sousa laurenyassine.esq@gmail.com,
               nickfitz.law@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas  Fitzgerald    on behalf of Joint Debtor Sonia  Pegas nickfitz.law@gmail.com
              Nicholas  Fitzgerald    on behalf of Debtor Francisco C Sousa nickfitz.law@gmail.com
              Robert P. Saltzman    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dnj@pbslaw.org
              Sarah J. Crouch    on behalf of Joint Debtor Sonia  Pegas nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              Sarah J. Crouch    on behalf of Debtor Francisco C Sousa nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              Scott D. Sherman    on behalf of Creditor    First American Funding, LLC ssherman@minionsherman.com
                                                                                                TOTAL: 10
```