Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 13−32866−VFP
> Chapter: 13
> Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Francisco C Sousa | Sonia Pegas |
| 145 Port Avenue | 145 Port Avenue |
| Elizabethport, NJ 07206 | Elizabethport, NJ 07206 |

Social Security No.:
  xxx−xx−2939                                              xxx−xx−5181

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: June 8, 2018            Vincent F. Papalia
                               Judge, United States Bankruptcy Court